FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01807-RPM-OES

SCOTT I. ROUDA,

Plaintiff(s),

vs.

SELECT PORTFOLIO SERVICING, INC.

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 30, 2005

　　　　Plaintiff's Unopposed Motion to Vacate and Reschedule Scheduling/Planning Conference of December 20, 2005 [filed November 29, 2005, Document 10] is GRANTED.  The scheduling conference of December 20, 2005, is VACATED and RESET to **January 25, 2006**, at the hour of 9:00 a.m. in Courtroom A-601 of the U.S. Courthouse located at 901 19th Street, Denver, Colorado.