IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01807-RPM-MEH

SCOTT I. ROUDA,

    Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 23, 2006.**

    Defendant's Unopposed Motion for Leave to Amend Pleading to Add Counterclaim and Add Third Party Complaint [Filed May 22, 2006; Docket #30] is **granted**. The Clerk of the Court is directed to docket Defendant's Counterclaim and Third Party Complaint [Docket #30-3].