IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01807-RPM-MEH

SCOTT I. ROUDA,

      Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC.,

      Defendant and Third Party Plaintiff,

v.

MT. WERNER PROPERTY MANAGEMENT, LTD., a dissolved Colorado corporation,
JEAN M. WHIDDON, as Public Trustee of Routt County, Colorado, and
ALL UNKNOWN PERSONS WHO MAY CLAIM ANY INTEREST IN THE SUBJECT
MATTER OF THIS ACTION,

      Third Party Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 11, 2006.**

      Pursuant to the draft settlement agreement entered into by Plaintiff and Defendant on June 27, 2006, Defendant Select Portfolio Servicing's Motion to Strike Plaintiff's Designation of Expert Witness Pursuant to F.R.C.P. 26(a)(2) [Filed May 24, 2006; Docket #36] and Motion to Compel and for Sanctions [Filed June 14, 2006; Docket #41] are **denied** as moot.