IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01807-RPM-MEH

SCOTT I. ROUDA,

    Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC., attorney-in-fact for BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2001-11

    Defendant and Third-Party Plaintiff,

v.

MT. WERNER PROPERTY MANAGEMENT, LTD., a dissolved Colorado corporation,
JEAN M. WHIDDON, as Public Trustee of Routt County, Colorado, and
ALL UNKNOWN PERSONS WHO MAY CLAIM ANY INTEREST
IN THE SUBJECT MATTER OF THIS ACTION,

    Third-Party Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to THE Notice of Stipulated Dismissal with Prejudice, filed September 14, 2006 [64], it is

    ORDERED that this civil action is dismissed with prejudice, with each party to pay their own costs and attorneys' fees.

    Dated: September 15th, 2006

                             BY THE COURT:

                             s/ Richard P. Matsch
                             _____
                             Richard P. Matsch, Senior District Judge